UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

    SHERLY REGIS                           : Bankruptcy No.  17-13958REF

    Debtor(s)                                  : Chapter 13

## PRAECIPE

Please withdraw the Trustee's Motion to Dismiss filed on or about August 15, 2018 at docket number 47 in the above referenced case.

    Respectfully submitted,

Date:  August 15, 2018                          */s/William C. Miller*
    William C. Miller, Esq.
    Chapter 13 Interim Trustee