United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13958-ref
Sherly Regis                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 2          Date Rcvd: Sep 13, 2018
                            Form ID: pdf900        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
```
db              +Sherly Regis,    211 Montrose Blvd.,     Reading, PA 19607-1021
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13961835         Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
13930322        +Citibankna,    Po Box 6181,    Sioux Falls, SD 57117-6181
14009830        +FMS INC - BANKFIRST,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13930323        +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
13978143        +Mendelsohn & Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2018 02:03:27
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2018 02:03:48     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13930321        +E-mail/Text: seinhorn@ars-llc.biz Sep 14 2018 02:04:07      Ability Recovery Servi,
                  Po Box 4031,    Wyoming, PA 18644-0031
14006334         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2018 02:16:43
                  LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13930324         E-mail/Text: camanagement@mtb.com Sep 14 2018 02:03:21      M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
13999874        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2018 02:03:40      MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
13930325        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2018 02:03:40      Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13930326        +E-mail/Text: Bankruptcies@nragroup.com Sep 14 2018 02:04:13      National Recovery Agen,
                  2491 Paxton St,    Harrisburg, PA 17111-1036
13990337         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2018 02:14:35
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13930327        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2018 02:34:18
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13931073        +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:15:34      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13930328*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13930329*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Sherly  Regis tobykmendelsohn@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Sep 13, 2018
                              Form ID: pdf900          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

SHERLY REGIS

                                                    : Bankruptcy No. 17-13958REF
    Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 13, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

SHERLY REGIS
211 MONTROSE BLVD.
READING,PA.19607